**No. 10-9229. Peter Helmut Becker, Petitioner v. United States.**

563 U.S. 1035, 131 S. Ct. 2961, 180 L. Ed. 2d 250, 2011 U.S. LEXIS 4207.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 625 F.3d 1309.